# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: HANSEN, JESSICA L. | § | Case No. 09-71009 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $40,553.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $7,813.07

Claims Discharged
Without Payment: $465,570.48

Total Expenses of Administration: $4,305.26

3) Total gross receipts of $ 12,118.33 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,118.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $42,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,305.26 | 4,305.26 | 4,305.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 467,674.60 | 312,852.67 | 312,852.67 | 7,813.07 |
| **TOTAL DISBURSEMENTS** | $509,674.60 | $317,157.93 | $317,157.93 | $12,118.33 |

4)  This case was originally filed under Chapter 7 on March 18, 2009. The case was pending for 61 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2014            By: /s/MEGAN G. HEEG
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Divorce judgment | 1149-000 | 12,118.33 |
| **TOTAL GROSS RECEIPTS** | | $12,118.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $42,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,961.83 | 1,961.83 | 1,961.83 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,790.00 | 1,790.00 | 1,790.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 433.00 | 433.00 | 433.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.31 | 14.31 | 14.31 |
| Rabobank, N.A. | 2600-000 | N/A | 16.12 | 16.12 | 16.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,305.26 | $4,305.26 | $4,305.26 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 8,866.39 | 9,096.27 | 9,096.27 | 267.30 |
| 2 | Howard Klapman | 7100-000 | 80.00 | 130.00 | 130.00 | 3.82 |
| 3 | Chase Bank USA NA | 7100-000 | 2,025.56 | 2,065.38 | 2,065.38 | 60.69 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 111.30 | 111.30 | 3.27 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,221.32 | 2,221.32 | 65.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Roundup Funding, LLC | 7100-000 | 214.65 | 268.48 | 268.48 | 7.89 |
| 7 | American Express Centurion Bank | 7100-000 | 90.00 | 90.00 | 90.00 | 2.64 |
| 8 | Lois Kulinsky | 7100-000 | 92,714.85 | 92,475.25 | 92,475.25 | 2,717.48 |
| 9 | Audrey Gaynor | 7100-000 | 157,275.56 | 159,261.56 | 159,261.56 | 4,680.06 |
| 10 | Midland Funding LLC | 7100-000 | 130.19 | 157.97 | 157.97 | 4.64 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7200-000 | 38,446.26 | 39,106.92 | 39,106.92 | 0.00 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7200-000 | 7,300.26 | 7,868.22 | 7,868.22 | 0.00 |
| NOTFILED | David's Bridal Retail Svcs. | 7100-000 | 1,557.49 | N/A | N/A | 0.00 |
| NOTFILED | Helzberg Diamonds | 7100-000 | 2,710.17 | N/A | N/A | 0.00 |
| NOTFILED | Chase Student Loan Servicing LLC | 7100-000 | 27,221.64 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 2,141.29 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 16,617.57 | N/A | N/A | 0.00 |
| NOTFILED | Dale Coy, MD | 7100-000 | 49.90 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 599.89 | N/A | N/A | 0.00 |
| NOTFILED | Medical Financial Management, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Children's Place Processing Center | 7100-000 | 57.17 | N/A | N/A | 0.00 |
| NOTFILED | Eliot Long New York, NY | 7100-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Pathology | 7100-000 | 101.80 | N/A | N/A | 0.00 |
| NOTFILED | Young S. Kim, MD | 7100-000 | 132.14 | N/A | N/A | 0.00 |
| NOTFILED | Chase Student Loan Servicing LLC | 7100-000 | 18,203.80 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 415.92 | N/A | N/A | 0.00 |
| NOTFILED | Chase (Freedom Visa) | 7100-000 | 41,236.67 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd | 7100-000 | 6,518.29 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Health | 7100-000 | 1,514.85 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd | 7100-000 | 574.70 | N/A | N/A | 0.00 |
| NOTFILED | Dian Adamczyk | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Surgical Care of No. IL, Ltd. | 7100-000 | 377.59 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $467,674.60 | $312,852.67 | $312,852.67 | $7,813.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-71009 | **Trustee:** (330490) MEGAN G. HEEG | |
| **Case Name:** HANSEN, JESSICA L. | **Filed (f) or Converted (c):** 03/18/09 (f) | |
| | **§341(a) Meeting Date:** 04/24/09 | |
| **Period Ending:** 04/17/14 | **Claims Bar Date:** 07/29/09 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2   Harris Bank checking #0180 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3   daybed and refrigerator | 2,200.00 | 0.00 | | 0.00 | FA |
| 4   Swarovski minature figurines & precious moments | 400.00 | 0.00 | | 0.00 | FA |
| 5   Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   LSW Policy #LS0104625 | 0.00 | 0.00 | | 0.00 | FA |
| 7   Stonebridge Life via DiscoverCard | 0.00 | 0.00 | | 0.00 | FA |
| 8   TIAA Cref | Unknown | 0.00 | | 0.00 | FA |
| 9   Bi-weekly child support | 853.00 | 0.00 | | 0.00 | FA |
| 10   Divorce judgment<br>  Judgement debt owed by ex-husband pursuant to<br>  dissolution of marriage. | 78,000.00 | 12,118.33 | | 12,118.33 | FA |
| 11   Autos, trucks, trailers, other vehicles, access. | 35,000.00 | 0.00 | | 0.00 | FA |
| 12   Puppy and 15 yr old cat | 0.00 | 0.00 | | 0.00 | FA |
| **12   Assets   Totals (Excluding unknown values)** | **$118,553.00** | **$12,118.33** | | **$12,118.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     March 30, 2010          **Current Projected Date Of Final Report (TFR):**     December 12, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71009 |
| Case Name: | HANSEN, JESSICA L. |
| Taxpayer ID #: | **-***0281 |
| Period Ending: | 04/17/14 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******43-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/12 | {10} | Tom Vaughn Chapter 13 Trustee | judgment debt owed to debtor from ex-husband | 1149-000 | 141.80 | | 141.80 |
| 12/03/12 | {10} | Tom Vaughn | judgment money owed to debtor from ex-husband | 1149-000 | 420.92 | | 562.72 |
| 01/02/13 | {10} | Tom Vaughn | collection on judgment | 1149-000 | 420.92 | | 983.64 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 983.64 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 983.64 | 983.64 | $0.00 |
| Less: Bank Transfers | 0.00 | 983.64 | |
| Subtotal | 983.64 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $983.64 | $0.00 | |

{} Asset reference(s)

Printed: 04/17/2014 02:34 PM   V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-71009 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** HANSEN, JESSICA L. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****190666 - Checking Account |
| **Taxpayer ID #:** **-***0281 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 04/17/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 983.64 | | 983.64 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 973.64 |
| 02/01/13 | {10} | Chapter 13 Trustee | payment on judgment debt | 1149-000 | 420.92 | | 1,394.56 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,384.56 |
| 03/04/13 | {10} | Tom Vaughn, Chapter 13 Trustee | payment on judgment due to debtor | 1149-000 | 420.93 | | 1,805.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,795.49 |
| 04/01/13 | {10} | Trustee Vaughn | payment on judgment | 1149-000 | 420.92 | | 2,216.41 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,206.41 |
| 05/02/13 | {10} | Tom Vaughn | payment on divorce judgment | 1149-000 | 420.92 | | 2,627.33 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,617.33 |
| 06/03/13 | {10} | Tom Vaughn, Chapter 13 Trustee | payment of judgment | 1149-000 | 420.92 | | 3,038.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,028.25 |
| 07/01/13 | {10} | Tom Vaughn, Chapter 13 Trustee | payment on Proof of Claim | 1149-000 | 420.93 | | 3,449.18 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,439.18 |
| 08/06/13 | {10} | Tom Vaughn, Chapter 13 Trustee | payment on judgment | 1149-000 | 424.48 | | 3,863.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,853.66 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,843.66 |
| 10/02/13 | {10} | Tom Vaughn, Chapter 13 Trustee | payment on Proof of Claim | 1149-000 | 4,997.23 | | 8,840.89 |
| 10/18/13 | {10} | Trustee Tom Vaughn | payment on judgment | 1149-000 | 3,187.44 | | 12,028.33 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.31 | 12,014.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 11,997.90 |
| 02/09/14 | 10101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,961.83, Trustee Compensation;  Reference: | 2100-000 | | 1,961.83 | 10,036.07 |
| 02/09/14 | 10102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,790.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,790.00 | 8,246.07 |
| 02/09/14 | 10103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $433.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 433.00 | 7,813.07 |
| 02/09/14 | 10104 | DISCOVER BANK | Dividend paid 2.93% on $9,096.27; Claim# 1; Filed: $9,096.27; Reference: 6011-0075-6415-9811 | 7100-000 | | 267.30 | 7,545.77 |
| 02/09/14 | 10105 | Howard Klapman | Dividend paid 2.93% on $130.00; Claim# 2; Filed: $130.00; Reference: G0005837 | 7100-000 | | 3.82 | 7,541.95 |
| 02/09/14 | 10106 | Chase Bank USA NA | Dividend paid 2.93% on $2,065.38; Claim# 3; Filed: $2,065.38; Reference: | 7100-000 | | 60.69 | 7,481.26 |
| 02/09/14 | 10107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 2.93% on $111.30; Claim# 4; Filed: $111.30; Reference: | 7100-000 | | 3.27 | 7,477.99 |
| | | | Subtotals : | | $12,118.33 | $4,640.34 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-71009 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** HANSEN, JESSICA L. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****190666 - Checking Account |
| **Taxpayer ID #:** **-***0281 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 04/17/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/14 | 10108 | PYOD LLC its successors and assigns as assignee of | Dividend paid  2.93% on $2,221.32; Claim# 5; Filed: $2,221.32; Reference: | 7100-000 | | 65.28 | 7,412.71 |
| 02/09/14 | 10109 | Roundup Funding, LLC | Dividend paid  2.93% on $268.48; Claim# 6; Filed: $268.48; Reference: 299-536-987 | 7100-000 | | 7.89 | 7,404.82 |
| 02/09/14 | 10110 | American Express Centurion Bank | Dividend paid  2.93% on $90.00; Claim# 7; Filed: $90.00; Reference: 3767-911725-21007 | 7100-000 | | 2.64 | 7,402.18 |
| 02/09/14 | 10111 | Lois Kulinsky | Dividend paid  2.93% on $92,475.25; Claim# 8; Filed: $92,475.25; Reference: | 7100-000 | | 2,717.48 | 4,684.70 |
| 02/09/14 | 10112 | Audrey Gaynor | Dividend paid  2.93% on $159,261.56; Claim# 9; Filed: $159,261.56; Reference: | 7100-000 | | 4,680.06 | 4.64 |
| 02/09/14 | 10113 | Midland Funding LLC | Dividend paid  2.93% on $157.97; Claim# 10; Filed: $157.97; Reference: 6018595365135488 | 7100-000 | | 4.64 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,118.33 | 12,118.33 | $0.00 |
| Less: Bank Transfers | 983.64 | 0.00 | |
| **Subtotal** | 11,134.69 | 12,118.33 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,134.69** | **$12,118.33** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******43-66** | 983.64 | 0.00 | 0.00 |
| **Checking # ****190666** | 11,134.69 | 12,118.33 | 0.00 |
| | $12,118.33 | $12,118.33 | $0.00 |

{} Asset reference(s)